UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOYCE A. LOMAX, <br>     Debtor, <br><br> BANK OF AMERICA, N.A., <br>     Appellant, <br> vs. <br> JOYCE A. LOMAX, <br>     Appellee. | BANKRUPTCY CASE NO. <br><br> 13-62584-pwb <br><br><br><br><br> CIVIL ACTION FILE <br> NO. 1:14-cv-03625-ODE |

## J U D G M E N T

This action having come before the court, Honorable Orinda D. Evans, United States District Judge, for consideration of the appeal of the bankruptcy order entered on October 2, 2014, and the court having rendered its decision, it is

**Ordered and Adjudged** that the order of the bankruptcy court is **affirmed** and the appeal is **dismissed**.

Dated at Atlanta, Georgia this 2nd day of January, 2015.

JAMES N. HATTEN
CLERK OF COURT

By:  s/Barbara D. Boyle
    Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  January 2, 2015
James N. Hatten
Clerk of Court

By:  s/B. D. Boyle
     Deputy Clerk